AO 93 (Rev. 11/13) Search and Seizure Warrant

EC/HH

# UNITED STATES DISTRICT COURT
### for the
### Southern District of Ohio

In the Matter of the Search of
*(Briefly describe the property to be searched or identify the person by name and address)*
The contents of the Dropbox account associated with email address magicmike960@aol.com and User ID number 157725924, that is stored at premises controlled by Dropbox, Inc. located at 1800 Owens St Ste. 200, San Francisco, CA

Case No. 2:21-mj-160

## SEARCH AND SEIZURE WARRANT

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the __Northern__ District of __California__
*(identify the person or describe the property to be searched and give its location)*:

SEE ATTACHMENT A INCORPORATED HEREIN BY REFERENCE

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

SEE ATTACHMENT B INCORPORATED HEREIN BY REFERENCE

☑ **YOU ARE COMMANDED** to execute this warrant on or before __March 22, 2021__ *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10:00 p.m. ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to __Elizabeth A. Preston Deavers__
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for ____ days *(not to exceed 30)* ☐ until, the facts justifying, the later specific date of ____

Date and time issued: __March 8, 2021 at 11:41 a.m.__

*Judge's signature*

City and state: Columbus, Ohio

Elizabeth A. Preston Deavers
*Printed name and title*

## ATTACHMENT A

## DESCRIPTION OF PLACE TO BE SEARCHED

This warrant applies to information associated with the Dropbox account that is associated with email address: magicmike960@aol.com and User ID number 157725924, which is stored at premises owned, maintained, controlled, or operated by Dropbox Inc., located at 1800 Owens St., Suite 200, San Francisco, CA 94107.

17

## ATTACHMENT B
## LIST OF ITEMS TO BE SEIZED

### I. Information to be disclosed by Dropbox, Inc.

1. To the extent that the information described in Attachment A is within the possession, custody, or control of Dropbox, Inc., including any messages, records, files, logs, images, videos, or information that have been deleted but are still available to Dropbox, or have been preserved pursuant to a request made under 18 U.S.C. § 2703(f), Dropbox is required to disclose the following information to the government for each account or identifier listed in Attachment A:

   A. All records or other information regarding the identification of the user of the Subject Account, to include full name, physical address, telephone numbers and other identifiers, email addresses, records of session times and durations, the date on which the account was created, the length of service, the IP address used to register the account, log-in IP addresses associated with session times and dates, account status, e-mail addresses provided during registration, methods of connecting, log files, and means and source of payment (including any credit or bank account number);

   B. All information automatically recorded by Dropbox Inc. from a user's device, including its software and all activity using the Services, to include, but not limited to: a utilizing device's IP address, browser type, web page visited immediately prior to connecting to the Dropbox website, all information searched for on the Dropbox website, locale preferences, identification numbers associated with connecting devices, information regarding a user's mobile carrier, and configuration information;

   C. The types of service utilized by the user;

   D. All records or other information stored by an individual using the account, including all files uploaded, downloaded or accessed using the Dropbox service, including all available metadata concerning these files and the dates and times they were uploaded to the account;

   E. All records pertaining to communications between Dropbox Inc. and any person regarding the account, including contacts with support services and records of actions taken.

18

Notwithstanding 18 U.S.C. § 2252/2252A or any similar statute or code, Dropbox, Inc. shall disclose responsive data by sending it to Special Agent Matthew Guinn, Federal Bureau of Investigation, 425 W. Nationwide Blvd, Columbus, Ohio, 43215, or via email at mwguinn@fbi.gov.

## II. Information to be seized by the government

1. All information described above in Section I that constitutes fruits, evidence and instrumentalities of violations 18 U.S.C. §§ 2251, 2252 and 2252A, involving the use of a computer in or affecting interstate commerce to transport, receive, distribute, possess and/or access visual depictions of minors engaged in sexually explicit activity and/or child pornography including, but not limited to, for each account or identifier listed on Attachment A, information pertaining to the following matters:
   A. Any individuals' access to and interaction with minors.
   B. All images depicting child erotica, child pornography, the sexual exploitation of minors, sexually explicit conduct, and illicit sexual conduct.
   C. All images, messages and communications between individuals relating to the above, including any and all preparatory steps taken in furtherance of these crimes.
   D. Records relating to who created, used, or communicated with the account or identifier, including records about their identities and whereabouts.

19

AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

### Return

| Case No.: | Date and time warrant executed: | Copy of warrant and inventory left with: |
|---|---|---|
| | | |

Inventory made in the presence of:

Inventory of the property taken and name of any person(s) seized:

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: _____

_____
*Executing officer's signature*

_____
*Printed name and title*